B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**1300 North Wood LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**35-2259592** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**811 W. Superior St**<br>**Chicago, IL**<br>ZIP Code **60642** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1304-1306 N. Wood Street**<br>**Chicago, IL 60622** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **1300 North Wood LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**1300 North Wood LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Abraham Brustein**
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**


Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**May 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Joseph Zivkovic**
Signature of Authorized Individual

**Joseph Zivkovic**
Printed Name of Authorized Individual

**Member-Manager**
Title of Authorized Individual

**May 12, 2009**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **1300 North Wood LLC**                                          Case No.
                            Debtor(s)                                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aaron Spivack**<br>811 W. Superior St.<br>Chicago, IL 60642 | **Aaron Spivack**<br>811 W. Superior St.<br>Chicago, IL 60642 | **Services Rendered** | | **69,748.02**<br>**(Unknown secured)**<br>**(1,944,899.03 senior lien)** |
| **Axios Consultant, Ltd**<br>188 North Wells<br>Chicago, IL 60601 | **Axios Consultant, Ltd**<br>188 North Wells<br>Chicago, IL 60601 | **Services Rendered** | **Disputed** | **7,767.48**<br>**(0.00 secured)** |
| **Ayyad Plumbing, Inc.**<br>240 Cardinal Dr<br>Bloomingdale, IL 60108 | **Thomas Pyrdek**<br>70 West Madison St., Ste 370<br>240 Cardinal Dr.<br>Chicago, IL 60602 | **Services rendered** | **Disputed** | **24,000.00** |
| **Banco Popular NA**<br>9600 W. Bryn Mawr<br>Des Plaines, IL 60018 | **Terence Tiu**<br>30 S. Wacker Dr.<br>26th Floor<br>Chicago, IL 60606 | **Commercial Loan** | | **1,922,450.85**<br><br>**(Unknown secured)** |
| **Blue Sky Roofing, Inc.**<br>6014 W. Diversey<br>Chicago, IL 60639 | **Blue Sky Roofing, Inc.**<br>6014 W. Diversey<br>Chicago, IL 60639 | **Services rendered** | **Disputed** | **Unknown** |
| **Builders Custom Millwork, Inc.**<br>490 Woodcreek Drive, Unit B<br>Bolingbrook, IL 60440 | **Builders Custom Millwork, Inc.**<br>490 Woodcreek Drive, Unit B<br>Bolingbrook, IL 60440 | **Services Rendered** | **Disputed** | **21,603.00**<br><br>**(0.00 secured)** |
| **City of Chicago**<br>c/o Mara Georges<br>30 N. LaSalle St, Ste 700<br>Chicago, IL 60602 | **City of Chicago**<br>c/o Mara Georges<br>30 N. LaSalle St, Ste 700<br>Chicago, IL 60602 | **Judgment** | | **7,500.00**<br><br>**(0.00 secured)** |
| **Cook County Treasurer**<br>118 N. Clark Street<br>Chicago, IL 60602 | **Cook County Treasurer**<br>118 N. Clark Street<br>Chicago, IL 60602 | **Unpaid property tax lien on 1304-06 N. Wood** | | **18,253.15**<br><br>**(0.00 secured)** |
| **Edward Hines Lumber Co.**<br>c/o Ken Shields<br>1000 Corporate Grove Drive<br>Buffalo Grove, IL 60089 | **Ken Shields**<br>Edward Hines Lumber Co.<br>1000 Corporate Grove Drive<br>Buffalo Grove, IL 60089 | **Materials sold/services provided** | | **15,448.18**<br>**(Unknown secured)**<br>**(1,929,450.85 senior lien)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **1300 North Wood LLC**          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Forest Door Company, Inc.** 5244 W 26th Street Cicero, IL 60804 | **Forest Door Company, Inc.** 5244 W 26th Street Cicero, IL 60804 | **Labor/Services Rendered** | **Disputed** | 2,891.88 |
| **J&D Whirlpool & Bath Outlet Inc.** 2730 North Elston Ave. Chicago, IL 60647 | **J&D Whirlpool & Bath Outlet Inc.** 2730 North Elston Ave. Chicago, IL 60647 | **Services Rendered** | **Disputed** | 4,020.85 (0.00 secured) |
| **Parkway Bank & Trust Co.** 4800 N. Harlem Ave. Harwood Heights, IL 60706 | **Parkway Bank & Trust Co.** 4800 N. Harlem Ave. Harwood Heights, IL 60706 | **Loan** | | 1,194,000.00 (Unknown secured) |
| **Parkway Bank & Trust Co.** 4800 N. Harlem Ave. Harwood Heights, IL 60706 | **Parkway Bank & Trust Co.** 4800 N. Harlem Ave. Harwood Heights, IL 60706 | **Loan** | | 300,000.00 (Unknown secured) (400.00 senior lien) |
| **Royal Glass & Mirrors, Inc.** c/o Beata Znalezniak 625 W Gold Road Des Plaines, IL 60016 | **Beata Znalezniak** Royal Glass & Mirrors, Inc. 625 W. Gold Road Des Plaines, IL 60016 | **Services Rendered** | **Disputed** | 9,223.64 (0.00 secured) |
| **Southwest Insulation Inc.** c/o Christopher S. Koczwara 5832 S. Archer Ave. Chicago, IL 60638 | **Chirstopher S. Koczwara** Southwest Insulation Inc. 5832 S. Archer Ave Chicago, IL 60638 | **Services Rendered** | | 7,000.00 (Unknown secured) (1,922,450.85 senior lien) |
| **Steven Salzman** Schmidt Salzman & Moran 111 West Washington St, Ste 1300 Chicago, IL 60602 | **Steven Salzman** Schmidt Salzman & Moran 111 West Washington St., Ste 1300 Chicago, IL 60602 | **Services Rendered** | | 48,424.00 (Unknown secured) (2,014,647.05 senior lien) |
| **United Survey Service, LLC** 3415 North Avenue, Unit D Melrose Park, IL 60160 | **United Survey Service, LLC** 3415 North Avenue, Unit D Melrose Park, IL 60160 | **Services Rendered** | | 500.00 (Unknown secured) (2,063,071.05 senior lien) |
| **United Survey Service, LLC** 3415 North Avenue, Unit D Melrose Park, IL 60160 | **United Survey Service, LLC** 3415 North Avenue, Unit D Melrose Park, IL 60160 | **Services Rendered** | | 400.00 (Unknown secured) |
| **United Survey Service, LLC** 3415 North Avenue, Unit D Melrose Park, IL 60160 | **United Survey Service, LLC** 3415 North Avenue, Unit D Melrose Park, IL 60160 | **Services Rendered** | | Unknown (Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.

In re    **1300 North Wood LLC**                                                                 Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Member-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 12, 2009**                    Signature  **/s/ Joseph Zivkovic**
                                                     **Joseph Zivkovic**
                                                     **Member-Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re  **1300 North Wood LLC**  ,  Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1304-1306 North Wood Street**<br>**Chicago, IL 60622** | **Fee Simple** | - | Unknown | 2,063,571.05 |
| **1804 W. Ellen St**<br>**Chicago, IL 60622** | **Fee simple** | - | Unknown | 194,000.00 |
| **1812 W. Ellen St**<br>**Chicago, IL 60622** | **Fee simple** | - | Unknown | 300,400.00 |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **1300 North Wood LLC**                                                                      Case No.
                                        Debtor(s)

## SCHEDULE A - REAL PROPERTY
**Attachment A**

**1304 North Wood Property is a six unit condominium development.  All units are available for rental;**

**1804 West Ellen Property is a four unit condominium development.  All units are available for rental;**

**1812 West Ellen Property is an undeveloped lot.**

Aaron Spivack
811 W. Superior St.
Chicago, IL 60642


Axios Consultant, Ltd
188 North Wells
Chicago, IL 60601


Ayyad Plumbing, Inc.
R/A Elham Ayyad
240 Cardinal Dr
Bloomingdale, IL 60108


Banco Popular NA
9600 W. Bryn Mawr
Des Plaines, IL 60018


Blue Sky Roofing, Inc.
6014 W. Diversey
Chicago, IL 60639


Builders Custom Millwork, Inc.
490 Woodcreek Drive, Unit B
Bolingbrook, IL 60440


Builders Custom Millwork, Inc.
R/A John O'Malley
1002 Warner Ave.
Lemont, IL 60439


Christopher Koczwara
5832 S. Archer Ave.
Chicago, IL 60638


City of Chicago
c/o Mara Georges
30 N. LaSalle St, Ste 700
Chicago, IL 60602


Cook County Treasurer
118 N. Clark Street
Chicago, IL 60602

```
David Freeman
305 W Briarcliff Rd
PO Box 1158
Bolingbrook, IL 60440


Edward Hines Lumber Co.
c/o Ken Shields
1000 Corporate Grove Drive
Buffalo Grove, IL 60089


Forest Door Company Inc.
R/A W B Martin Gross
2215 York Rd Ste 550
Oak Brook, IL 60523


Forest Door Company, Inc.
5244 W 26th Street
Cicero, IL 60804


J&D Whirlpool & Bath Outlet Inc.
2730 North Elston Ave.
Chicago, IL 60647


J&D Whirlpool & Bath Outlet, Inc.
R/A Howard D. Weisman
120 South State St, Ste 200
Chicago, IL 60603


Mara S. Georgies Corporation Counse
30 N. LaSalle St., Suite 800
Chicago, IL 60602


Parkway Bank & Trust Co.
4800 N. Harlem Ave.
Harwood Heights, IL 60706


Royal Glass & Mirrors, Inc.
R/A Beata Znalezniak
625 W. Golf Rd
Des Plaines, IL 60016


Southwest Insulation Inc.
c/o Christopher S. Koczwara
5832 S. Archer Ave.
Chicago, IL 60638
```

```
Southwest Insulation, Inc.
R/A Ismael M. Segoviano
7714 S. Linder
Burbank, IL 60459


State's Attorney of Cook County
Patrick T. Driscoll, Jr.
500 Daley Ctr Room 575
Chicago, IL 60602


Steven Salzman
Schmidt Salzman & Moran
111 West Washington St, Ste 1300
Chicago, IL 60602


Terence Tiu
30 South Wacker Drive
26th Floor
Chicago, IL 60606


United Survey Service LLC
R/A Thomas S. Moore
111 W. Washington St #1100
Chicago, IL 60602


United Survey Service, LLC
3415 North Avenue, Unit D
Melrose Park, IL 60160
```