**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| 1300 NORTH WOOD LLC, ) | |
| ) | Case No. 09-17206 |
| Debtor. ) | |
| ) | Hon. Pamela S. Hollis |
| ) | Hearing September 10, 2009 |
| ) | 10:00 a.m. |

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY
ACCOUNTANTS ASSOCIATED WITH ROGER PHILIP FELDMAN & COMPANY**

THIS MATTER COMING to be heard on Debtor's Motion for Authority to Employ Accountants Associated with Roger Philip Feldman & Company, the Court being fully advised in the premises and having conducted such hearing as is necessary under the circumstances;

IT IS HEREBY ORDERED:

1. The Debtor's application to employ accountants associated with Roger Philip Feldman & Company in this matter is hereby granted; and

2. Said representation is on an hourly billing basis and is to be paid pursuant to further Court approval and order.

DATED:                                                      ENTERED:


_____                    _____
                                                            Honorable Pamela S. Hollis
                                                            United States Bankruptcy Judge

Abraham Brustein (ARDC #0327662)
Julia Jensen Smolka (ARDC #6272466)
Derek D. Samz (ARCD #6290656)
DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: abrustein@dimontelaw.com
       jjensen@dimontelaw.com
       dsamz@dimontelaw.com

C:\MyFiles\KDS\JEJ\1300 N. Wood\Orders\Order to Retain Accountant 082009.wpd