UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09 B 17206 |
| | ) | |
| 1300 NORTH WOOD, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO DIMONTE & LIZAK, LLC, ATTORNEYS FOR DEBTOR,
ALLOWANCE AND PAYMENT OF INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES [EOD # 339]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 174,994.90 | TOTAL COSTS REQUESTED: | $ 5,534.70 |
| TOTAL FEES REDUCED: | $      755.50 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 174,239.40 | TOTAL COSTS ALLOWED: | $ 5,534.70 |

**TOTAL FEES AND COSTS ALLOWED:  $ 179,774.10**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(3)     **Unreasonable Time**

The court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. In re Pettibone, 74 B.R. 293, 406 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project . . . . An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." In re Wildman, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

(4)     **Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work

performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(5)    Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F.3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date: JUL 29 2010

PAMELA S. HOLLIS
United States Bankruptcy Judge

FEES

1300 NORTH WOOD LLC
CASE ADMINISTRATION

1300N1-1

| Date | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/5/2009 | AEB | 0.50 | $325.00 | $162.50 | Conference with Julia Jensen Smolka and Derek D. Samz re various motions filed by Banco Popular and strategy for responses. |
| 6/8/2009 | JPG | 2.50 | $310.00 | $775.00 | Motion to Abstain(creditors and claims)-met with Julia Jensen Smolka regarding status of case(.50);initial review of Motion for Abstention filed by Banco Popular(.40); initial review of pleadings regarding case status(.40); reviewing file and working on initial draft of response. |
| 6/8/2009 | JEJ | 0.15 | $250.00 | 37.50 | Draft email to client and Spivack regarding FEIN (A). |
| 6/8/2009 | JEJ | 1.00 | $250.00 | 250.00 | Draft motion to retain Salzman (A). |
| 6/8/2009 | JEJ | 1.00 | $250.00 | 250.00 | Draft motion to retain DiMonte & Lizak (A). |
| 6/8/2009 | JEJ | 1.00 | $250.00 | 250.00 | Conference with Ira P. Goldberg regarding abstention motion (B). |
| 6/8/2009 | JEJ | 0.20 | $250.00 | 50.00 | Phone conference with Judge Hollis' clerk regarding orders (A). |
| 6/9/2009 | JEJ | 0.30 | $250.00 | 75.00 | Edit request; email to opposing counsel (B). |
| 6/9/2009 | JPG | 2.50 | $310.00 | 775.00 | Motion to abstain-research on 11 USC 305(a) abstention(1.50) and continued work on draft response to Motion to Abstain(1.00) ;confer with Julia Jensen Smolka regarding same(no charge). |
| 6/10/2009 | JPG | 1.00 | $310.00 | 310.00 | Response to Motion to Abstain-reviewing and revising same(1.00); confer with Julia Jensen Smolka regarding same(no charge). |
| 6/10/2009 | EDK | 1.00 | $100.00 | 100.00 | File Schedules B,D,E,F,G,H, Statement of Financial Affairs, List of Creditors, Statement, Declaration, Disclosure, Summary, Verification. |
| 6/10/2009 | AA | 0.50 | $100.00 | 50.00 | Serve Thomas Schaffer of BTW Phillips with Bankruptcy subpoena. |
| 6/10/2009 | JEJ | 1.50 | $250.00 | 375.00 | Finalize schedules; gather information from receiver's report (A). |
| 6/10/2009 | JEJ | 0.20 | $250.00 | 50.00 | Coordinate service of subpoena to receiver (R). |
| 6/10/2009 | JEJ | 0.10 | $250.00 | 25.00 | Draft email to client regarding information needed for interrogatories (B). |
| 6/10/2009 | JEJ | 0.15 | $250.00 | 37.50 | Exchange emails regarding receiver's representation by Chuhak & Tecson (A). |
| 6/10/2009 | JEJ | 0.30 | $250.00 | 75.00 | Two phone conferences with property manager regarding rental income for schedules (A). |
| 6/10/2009 | JEJ | 0.40 | $250.00 | 100.00 | Organize various motions and schedules (A). |
| 6/10/2009 | JEJ | 2.00 | $250.00 | 500.00 | Meeting here with Joe Zivkovic to gather facts for responses to several motions (A). |
| 6/10/2009 | JEJ | 1.00 | $250.00 | 250.00 | Review request to admit; draft responses (B). |
| 6/10/2009 | JEJ | 1.00 | $250.00 | 250.00 | Review interrogatories; draft responses (B). |
| 6/11/2009 | JEJ | 0.50 | $250.00 | 125.00 | Review request for admission; draft responses (B). |
| 6/11/2009 | JEJ | 0.40 | $250.00 | 100.00 | Review and revise two motions to approve DiMonte & Lizak and Salzman (A). |
| 6/11/2009 | JEJ | 0.30 | $250.00 | 75.00 | Review email from property manager regarding condition of Wood Street property; draft response (A). |
| 6/11/2009 | JEJ | 0.40 | $250.00 | 100.00 | Draft amended motion and order for Distinctively Chicago (A). |
| 6/11/2009 | JEJ | 0.40 | $250.00 | 100.00 | Begin drafting affidavit of Joe Zivkovic (B). |
| 6/11/2009 | JEJ | 0.50 | $250.00 | 125.00 | Draft Samuel Shoshoo's affidavit (B). |
| 6/11/2009 | JEJ | 1.00 | $250.00 | 250.00 | Review response to motion to modify stay (B). |
| 6/11/2009 | JEJ | 1.00 | $250.00 | 250.00 | Draft response to opposition to cash collateral order (CC). |
| 6/11/2009 | AEB | 1.50 | $325.00 | 487.50 | Meeting at Parkway Bank with its chairman and attorney and Zivkovic. |
| 6/11/2009 | AEB | 0.50 | $325.00 | 162.50 | Interoffice conference with Julia Jensen Smolka re discovery issues and Banco motion to modify stay. |
| 6/11/2009 | JPG | 0.20 | $310.00 | 62.00 | Response to Motion to Abstain-confer with Julia Jensen Smolka regarding same |
| 6/12/2009 | EDK | 0.20 | $100.00 | 20.00 | Revise budget spreadsheet as to Ellen property. |

④ ( - $100.00 )

FEES

1300 NORTH WOOD LLC
CASE ADMINISTRATION

1300N1-1

(5) (- $60.00)

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/31/2009 | JEJ | 0.50 | $250.00 | $125.00 | Conference with client regarding progress and strategy for case. |
| 7/31/2009 | AEB | 0.50 | $325.00 | $162.50 | Conference with client re time line for case and work to be done on setting bar date, evaluating claims and filing operating reports. |
| 8/4/2009 | AEB | 0.30 | $325.00 | $97.50 | Interoffice conference with Julia Jensen Smolka and Derek D. Samz regarding case status. |
| 8/4/2009 | DDS | 0.30 | $200.00 | $60.00 | Interoffice conference with Abe Brustein and Julia Jensen Smolka regarding various administrative issues. |
| 8/4/2009 | JEJ | 0.30 | $250.00 | $75.00 | Interoffice conference regarding status of case. |
| 8/5/2009 | JEJ | 0.30 | $250.00 | $75.00 | Pull DIP reports; draft text to client regarding same. |
| 8/5/2009 | JEJ | 0.20 | $250.00 | $50.00 | Draft email to client regarding status of work to complete. |
| 8/5/2009 | LC | 0.08 | $60.00 | $4.80 | Picked up Court Transcript. |
| 8/6/2009 | JEJ | 0.30 | $250.00 | $75.00 | Conference with Abe Brustein regarding motion to retain accountant and case status. |
| 8/6/2009 | JEJ | 0.25 | $250.00 | $62.50 | Review transcript from Judge Hollis's hearing. |
| 8/6/2009 | JEJ | 0.30 | $250.00 | $75.00 | Phone conference with client regarding status of construction and status of DIP accounts. |
| 8/6/2009 | JEJ | 1.50 | $250.00 | $375.00 | Begin motion to extend deadline for filing disclosure statement; draft order. |
| 8/6/2009 | JEJ | 0.30 | $250.00 | $75.00 | Phone conference with client regarding construction; draft email to Abe Brustein regarding same. |
| 8/6/2009 | JEJ | 0.45 | $250.00 | $112.50 | Online search for debtor's accountant; phone accountant regarding retention. |
| 8/7/2009 | JEJ | 1.00 | $250.00 | $250.00 | Sort documents to begin DIP reports. |
| 8/7/2009 | JEJ | 1.00 | $250.00 | $250.00 | Conference with client here regarding DIP reports and construction issues. |
| 8/7/2009 | JEJ | 1.00 | $250.00 | $250.00 | Complete May DIP report. |
| 8/7/2009 | JEJ | 0.80 | $250.00 | $200.00 | Begin June DIP report. |
| 8/7/2009 | JEJ | 0.20 | $250.00 | $50.00 | Draft email to receiver regarding June bank statement. |
| 8/7/2009 | JEJ | 0.20 | $250.00 | $50.00 | Draft email to counsel regarding July bank statement. |
| 8/7/2009 | JEJ | 0.20 | $250.00 | $50.00 | Draft interoffice email regarding Joe's new contact information. |
| 8/7/2009 | JEJ | 0.25 | $250.00 | $62.50 | Draft email to U.S. Trustee regarding DIP reports. |
| 8/7/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review State court violation case; draft email to attorney Spivack; review response; draft reply. |
| 8/10/2009 | DDS | 0.50 | $200.00 | $100.00 | Telephone conference with Spivack's office regarding fee agreement in Axios matter; Review and revise motion to retain. |
| 8/10/2009 | AEB | 0.30 | $325.00 | $97.50 | Edit motion to extend periods of exclusivity to file plan and solicit acceptances. |
| 8/10/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review June bank statement from receiver; forward to client. |
| 8/11/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review five emails regarding status of DIP payments and contracts. |
| 8/11/2009 | DDS | 0.30 | $200.00 | $60.00 | Telephone conference with Aaron Spivack's office regarding retention as special counsel for Axios lawsuit. |
| 8/12/2009 | DDS | 0.80 | $200.00 | $160.00 | Review and revise motion to retain Spivack and affidavit. |
| 8/12/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review email from client regarding bankruptcy files; conference with Abe Brustein regarding same; draft response. |
| 8/12/2009 | JEJ | 0.30 | $250.00 | $75.00 | Phone conference with Chip Wilkes at U.S. Trustee's office regarding fees. |
| 8/12/2009 | JEJ | 0.20 | $250.00 | $50.00 | Review email from Chip Wilkes; draft response regarding DIP reports. |
| 8/14/2009 | JEJ | 0.30 | $250.00 | $75.00 | Draft email to Aaron Spivack regarding hiring him for code violation case. |
| 8/14/2009 | JEJ | 0.40 | $250.00 | $100.00 | Several emails back and forth regarding AIA and contract for general contractor. |
| 8/14/2009 | JEJ | 0.50 | $250.00 | $125.00 | Edit June DIP report; finalize same. |

1300N1-2

## 1300 NORTH WOOD LLC
## CREDITORS CLAIMS

FEES

| Date | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/15/2010 | JEJ | 0.30 | $250.00 | $75.00 | Finalize objections for filing. |
| 3/23/2010 | JEJ | 0.30 | $250.00 | $75.00 | Conference with attorney regarding Hines Lumber complaint. |
| 3/29/2010 | JEJ | 0.30 | $250.00 | $75.00 | Draft email to Spivack regarding adversary and treatment of claims. |
| 3/29/2010 | JEJ | 0.20 | $250.00 | $50.00 | Phone conference with attorney Aaron Spivack regarding motion to object to claim. |
| 4/13/2010 | DDS | 0.20 | $200.00 | $40.00 | Telephone conference with counsel for City of Chicago. |
| 4/16/2010 | JEJ | 0.30 | $250.00 | $75.00 | Conference with Abe Brustein regarding claim objections and going forward. |
| 4/19/2010 | AEB | 0.20 | $335.00 | $67.00 | Telephone conference with attorney for City of Chicago is it's monetary claim. |
| 4/21/2010 | AEB | 0.70 | $335.00 | $234.50 | Memorandum to file re status of all claim objections and negotiations with BPNA and Parkway. |
| 5/7/2010 | AEB | 0.20 | $335.00 | $67.00 | Telephone conference with client re payment of tax bill for 2nd installment of 2008. |
| 5/10/2010 | AEB | 0.30 | $335.00 | $100.50 | Telephone conference with attorney for City of Chicago re issues relating to condition of both buildings and City's monetary claim. |
| 5/10/2010 | AEB | 0.30 | $335.00 | $100.50 | Memo to file and client re information obtained from attorneys for City re condition of buildings and it's claim. (-$100.50) |
| 5/10/2010 | AEB | 0.30 | $335.00 | $100.50 | Telephone conference with attorney for City re products of occupancy re 1300 Wood, remedial work at 1804 Eiton and status of plan and claim objection. (-$120.00) ④ |
| 5/14/2010 | DDS | 0.60 | $200.00 | $120.00 | Telephone conference with Abe Brustein re phone conference with opposing counsel and Judge Hollis' clerk regarding agreed order. |
| 5/14/2010 | DDS | 1.20 | $200.00 | $240.00 | Draft agreed order for City of Chicago claim objection; review adversary pleadings. |
| 5/17/2010 | DDS | 1.50 | $200.00 | $300.00 | Appearance at status hearing on claim objections. |
| 5/17/2010 | DDS | 0.30 | $200.00 | — | Interoffice conference with Adam J. Poteracki regarding finalizing orders on claim objections. No charge has been made for this time. |
| 5/18/2010 | DDS | 0.30 | $200.00 | $60.00 | Interoffice conference with Abe Brustein. |
| 5/18/2010 | AEB | 1.50 | $335.00 | $502.50 | Appearance in court re status of claims objections, adversary to determine validity and priority of liens and plan. |
| 5/19/2010 | DDS | 0.70 | $200.00 | $140.00 | Draft order granting debtor's objection to Blue Star claim (.3); Telephone conference with Judge Hollis clerk (.2); Draft letter to Judge (.2) |
| 5/24/2010 | DDS | 1.60 | $200.00 | $320.00 | Review complaint; draft motion for default; draft default order and judgment order. |
| 5/26/2010 | AEB | 0.30 | $335.00 | $100.50 | Email exchange with Spivack re resolution of his claim and claim of Saltzman. |
| 5/29/2010 | DDS | 0.30 | $200.00 | $60.00 | Review and revise motion for default judgment. |
| TOTAL | | 49.15 | | $12,430.50 | |

FEES

1300 NORTH WOOD LLC
BANCO POPULAR

② ( - $250.00 )

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/17/2009 | JEJ | 0.30 | $250.00 | $75.00 | Phone conference with property manager Samuel Shoshoo regarding condition of building and failure of receiver to show. |
| 6/17/2009 | JEJ | 0.80 | $250.00 | $200.00 | Review and update Shoshoo affidavit (B). |
| 6/17/2009 | JEJ | 0.20 | $250.00 | $50.00 | Several emails back and forth to Shoshoo (B). |
| 6/17/2009 | JEJ | 0.20 | $250.00 | $50.00 | Draft email to opposing counsel regarding deposition change. |
| 6/17/2009 | JEJ | 0.20 | $250.00 | $50.00 | Draft and response to client regarding several emails regarding payment made to Banco Popular. |
| 6/18/2009 | AEB | 0.80 | $325.00 | $260.00 | Conference with client and Spivack re strategy for evidentially hearing beginning July 1 on motions relating to Banco Popular and Receiver. |
| 6/18/2009 | DDS | 0.20 | $200.00 | $40.00 | Interoffice conference with Abe Brustein and Julia Jensen Smolka regarding trial preparations. |
| 6/18/2009 | JEJ | 0.20 | $250.00 | $50.00 | Phone conference with Sandy Andrews of QC Enterprises regarding subpoena and documents. |
| 6/18/2009 | JEJ | 0.20 | $250.00 | $50.00 | Conference with Abe Brustein regarding discovery. |
| 6/19/2009 | JEJ | 0.20 | $250.00 | $50.00 | Discussion to set up Banco Popular's deposition. |
| 6/19/2009 | DDS | 0.30 | $200.00 | $60.00 | Interoffice conference with Abe Brustein and Julia Jensen Smolka regarding completion of discovery. |
| 6/19/2009 | AEB | 0.30 | $325.00 | $97.50 | Edit subpoena to be served on Banco Popular. |
| 6/19/2009 | AEB | 0.70 | $325.00 | $227.50 | Interoffice conference with Julia Jensen Smolka trial preparation. |
| 6/19/2009 | AEB | 0.50 | $325.00 | $162.50 | Conference with client re trial preparation. |
| 6/19/2009 | JEJ | 1.00 | $250.00 | $250.00 | Sort and organize Banco Popular's documents. |
| 6/19/2009 | JEJ | 0.50 | $250.00 | $125.00 | Conference with Abe Brustein regarding evidence needed for hearing. |
| 6/19/2009 | JEJ | 1.50 | $250.00 | $375.00 | Review receiver's documents; sort into categories; draft memorandum regarding same. |
| 6/19/2009 | JEJ | 2.50 | $250.00 | $625.00 | Conference with client and Abe Brustein regarding evidence needed to proceed. |
| 6/19/2009 | JEJ | 0.40 | $250.00 | $100.00 | Gather documents; prepare to supplement discovery request. |
| 6/19/2009 | JEJ | 0.15 | $250.00 | $37.50 | Phone conference with Richard from construction company regarding subpoena. |
| 6/19/2009 | JEJ | 0.30 | $250.00 | $75.00 | Draft email to opposing counsel regarding missing answer with receiver request for production of documents. |
| 6/21/2009 | AEB | 0.60 | $325.00 | $195.00 | Multiple emails and telephone conferences with Tiu and Burke re discovery issues. |
| 6/22/2009 | AEB | 0.50 | $325.00 | $162.50 | Letter to attorney for bank re discovery responses and claims of privilege. |
| 6/22/2009 | AEB | 1.00 | $325.00 | $325.00 | Review documents produced in discovery. |
| 6/22/2009 | AEB | 1.50 | $325.00 | $487.50 | Prepare for deposition of Receiver. |
| 6/22/2009 | AEB | 0.50 | $325.00 | $162.50 | Telephone conference with potential witnesses re trial. |
| 6/22/2009 | AEB | 0.50 | $325.00 | $162.50 | Interoffice conference with Julia Jensen Smolka re trial preparation issues. |
| 6/22/2009 | JEJ | 0.10 | $250.00 | $25.00 | Amend Samuel Shoshoo's affidavit. |
| 6/22/2009 | JEJ | 0.40 | $250.00 | $100.00 | Email amended affidavit together with note regarding trial and contract. |
| 6/22/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review and respond to several emails by Samuel Shoshoo regarding trial. |
| 6/23/2009 | JEJ | 0.30 | $250.00 | $75.00 | Send additional information documents to Banco Popular. |
| 6/23/2009 | JEJ | 1.00 | $250.00 | $250.00 | Review two appraisals; highlight information for depositions. |
| 6/23/2009 | JEJ | 1.00 | $250.00 | $250.00 | Draft checklist for Abe Brustein. |
| 6/23/2009 | AEB | 5.50 | $325.00 | $1,787.50 | Prepare for and take deposition of Receiver. |
| 6/24/2009 | AEB | 4.00 | $325.00 | $1,300.00 | Prepare for and take deposition of Dan Kinealy. |
| 6/24/2009 | DDS | 0.20 | $200.00 | $40.00 | Telephone conference with Paul A. Greco regarding emergency motion. |

1300N1-3

FEES

1300N1-8

**1300 NORTH WOOD LLC**
**CASH COLLATERAL**

③ (-$125.00)

| Date | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/21/2009 | JEJ | 0.25 | $250.00 | $62.50 | Forward cash collateral order to Parkway's counsel and client with email note. |
| 8/3/2009 | JEJ | 0.40 | $250.00 | $100.00 | Review both August cash collateral budgets; draft email regarding same. |
| 8/4/2009 | JEJ | 0.30 | $250.00 | $75.00 | Draft budget BPNA cash collateral. |
| 8/5/2009 | JEJ | 0.50 | $250.00 | $125.00 | (Parkway) Scan and email budget to trustee, Parkway and Southwest counsel with note. |
| 8/5/2009 | JEJ | 0.50 | $250.00 | $125.00 | (Banco) Scan and email cash collateral budget to trustee, BPNA and Hines with emailed note. |
| 8/5/2009 | JEJ | 0.50 | $250.00 | $125.00 | (Parkway) Begin drafting proposed order; circulate to opposing counsel with emailed note. |
| 8/5/2009 | JEJ | 0.50 | $250.00 | $125.00 | (Banco) Begin drafting proposed order; circulate to opposing counsel with emailed note. |
| 8/5/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review email from Hines Lumber counsel; draft reply regarding cash collateral. |
| 8/5/2009 | AEB | 0.30 | $325.00 | $97.50 | Interoffice conference with Julia Jensen Smoika re cash collateral issues. |
| 8/7/2009 | JEJ | 0.20 | $250.00 | $50.00 | Conference with Abe Brustein regarding Parkway cash collateral and adequate protection payments. |
| 8/11/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review several emails; draft response regarding cash collateral payments. |
| 8/12/2009 | JEJ | 0.30 | $250.00 | $75.00 | Conference with Abe Brustein regarding cash collateral payments. |
| 8/12/2009 | JEJ | 0.40 | $250.00 | $100.00 | Several emails back and forth regarding cash collateral and new costs. |
| 8/12/2009 | JEJ | 0.50 | $250.00 | $125.00 | Edit cash collateral budget for BCNA; draft email to opposing counsels regarding change budget for cash collateral. |
| 8/14/2009 | JEJ | 0.80 | $250.00 | $200.00 | Update both cash collateral budgets; email with note to each group of attorneys with explanations. |
| 8/14/2009 | JEJ | 0.40 | $250.00 | $100.00 | Email proposals for work to counsel for BPNA & U. S. Trustee with explanation. |
| 8/14/2009 | JEJ | 1.00 | $250.00 | $250.00 | Make edits to BPNA budget; review invoices from workers. |
| 8/17/2009 | JEJ | 0.50 | $250.00 | $125.00 | Online search for court date; phone conference with court deputy. |
| 8/17/2009 | JEJ | 0.25 | $250.00 | $62.50 | Draft email to all counsel regarding cash collateral order. |
| 8/17/2009 | JEJ | 0.80 | $250.00 | $200.00 | Draft re notice of motions for cash collateral to BPNA and Parkway. |
| 8/18/2009 | JEJ | 0.30 | $250.00 | $75.00 | Conference with Abe Brustein regarding Aved contract; draft email to Banco's attorney regarding same. |
| 8/19/2009 | JEJ | 1.00 | $250.00 | $250.00 | Draft new cash collateral motion and order for Parkway. |
| 8/19/2009 | JEJ | 1.40 | $250.00 | $350.00 | Draft cash collateral motion for BPNA; edit previous order; draft notice. |
| 8/19/2009 | JEJ | 1.00 | $250.00 | $250.00 | Review and prepare motion for Parkway cash collateral and related orders. |
| 8/19/2009 | JEJ | 0.50 | $250.00 | $125.00 | Draft affidavit for Abe Brustein for Parkway motion. |
| 8/25/2009 | JEJ | 0.40 | $250.00 | $100.00 | Review transcript for Parkway motion, gather pages for exhibit. |
| 8/26/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review objection to cash collateral; draft email to opposing counsel regarding same. |
| 8/26/2009 | JEJ | 0.30 | $250.00 | $75.00 | Review BPNA's objection to cash collateral order. |
| 8/26/2009 | JEJ | 3.00 | $250.00 | $750.00 | Draft response to Banco's objection for cash collateral. |
| 8/26/2009 | JEJ | 0.20 | $250.00 | $50.00 | Conference with Abe Brustein regarding response to cash collateral objection. |
| 8/26/2009 | JEJ | 0.15 | $250.00 | $37.50 | Phone conference with Viktor of Aved Group regarding status of repairs. |
| 8/26/2009 | JEJ | 1.25 | $250.00 | $312.50 | Draft response to cash collateral objection. |
| 8/26/2009 | JEJ | 0.25 | $250.00 | $62.50 | Phone conference with opposing counsel regarding order and objection. |
| 8/26/2009 | JEJ | 0.40 | $250.00 | $100.00 | Conference with Abe Brustein regarding construction status and cash collateral motion. |
| 8/26/2009 | AEB | 0.30 | $325.00 | $97.50 | Interoffice conference with Julia Jensen Smoika re objection to use of cash collateral filed by Banco. |
| 8/26/2009 | AEB | 0.30 | $325.00 | $97.50 | Edit response to objection to use cash collateral. |
| 8/28/2009 | AEB | 0.20 | $325.00 | $65.00 | Telephone conference with client re cash collateral issues. |