IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## RECEIPT AND VERIFICATION

TO: WILLIAM T. NEARY, UNITED STATES TRUSTEE

CASE NAME: 1300 North Wood LLC

CASE NO.: 09-17206

I, Joseph Zivkovic DECLARE UNDER PENALTY OF PERJURY THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN POSSESSION DESIGNATED TO OPERATE THE BUSINESS OF 1300 North Wood LLC, AND AS SUCH I HEREBY ACKNOWLEDGE RECEIPT FROM THE UNITED STATES TRUSTEE OF THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS. I HAVE READ AND UNDERSTAND THE INSTRUCTIONS AND AGREE TO COMPLY WITH THEM.

SIGNED: [signature]

DATED: November 17, 2010

I, Julia Jensen Smolka, COUNSEL FOR THE DEBTOR IN POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED: [signature]

DATED: November 17, 2010

EXHIBIT "A"

CASE NAME: 7206 ✓ ✓ CASE NO: 17206

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending October, 20 10

BEGINNING BALANCE IN ALL ACCOUNTS $ 45.51

RECEIPTS:

1. Receipts from operations $ 17.200
2. Other Receipts $ -0-

DISBURSEMENTS:

3. Net payroll:
   - a. Officers $ -0-
   - b. Others $ -0-

4. Taxes
   - a. Federal Income Taxes $ -0-
   - b. FICA withholdings $ -0-
   - c. Employee's withholdings $ -0-
   - d. Employer's FICA $ -0-
   - e. Federal Unemployment Taxes $ -0-
   - f. State Income Tax $ -0-
   - g. State Employee withholdings $ -0-
   - h. All other state taxes $ -0-

5. Necessary expenses:
   - a. Rent or mortgage payments(s) $ -0-
   - b. Utilities $ -0-
   - c. Insurance $ -0-
   - d. Merchandise bought for manufacture or sale $
   - e. Other necessary expenses (specify)

     Maintenance-repair management $ 17.200

     commissions, attorney $

TOTAL DISBURSEMENTS $ 17200.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD $ -0-

ENDING BALANCE IN Parkway Bank (Name of Bank) $ 1.33

ENDING BALANCE IN Banco Popular (Name of Bank) $ -0-

ENDING BALANCE IN ALL ACCOUNTS $ 1.33

OPERATING REPORT Page 1

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

09-17206

**RECEIPTS LISTING**

FOR MONTH ENDING October, 20 10

Bank: Banco Popular

Location: Rosemont IL

Account Name: DIP

Account No.: 680589 6385

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15/10 | rent | 9.400 |

TOTAL: 9.400 00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

**DISBURSEMENT LISTING**

FOR MONTH ENDING ______________________, 20___

Bank: Banco Popular

Location: Rosemont IL

Account Name: DIP

Account No.: 6805896385

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/15/10 | | Unlimited Apts | 9400 |

TOTAL: 9400

You must create a separate list for each bank account from which disbursements were made during the month.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DISBURSEMENT LISTING**

FOR MONTH ENDING October, 2010

Bank: Parkway Bank

Location: Harwood Heights

Account Name: 1300 N. Wood

Account No.: 380911

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/14 | Rent Pmt | | 7800 |

TOTAL: 7800

You must create a separate list for each bank account from which disbursements were made during the month.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# RECEIPTS LISTING

FOR MONTH ENDING SEPTEMBER, 2010

Bank: PARKWAY BANK

Location: HARWOOD HEIGHTS IL

Account Name: 1300 NORTH WOOD LLC

Account No.: 380911

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/14 ~~09/14/10~~ | RENT PAYMENTS | $6,945.00 |
| 10/17 ~~09/17/10~~ | RENT PAYMENTS | $855.00 |

TOTAL: $7,800.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

09-17206

FOR MONTH ENDING October, 20 10

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ 0 |
| Add: purchases | $ 0 |
| Less: goods sold (cost basis) | $ 0 |
| Ending inventory | $ 0 |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 0 |
| Payroll taxes due but unpaid | $ 0 |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|

* Include only post-petition payments.

CASE NAME: 1300 N Wood LLC CASE NO. 09 17206

FOR MONTH ENDING October, 20 10

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ |
| Add: sales on account | $ |
| Less: collections | $ |
| End of month balance | $ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL | End of Month |
|---|---|---|---|---|---|
| $ | $ | $ | | | $ |
| | | | | | $ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0 |
| Add: credit extended | $ 0 |
| Less: payments of account | $ 0 |
| End of month balance | $ 0 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL | End of Month |
|---|---|---|---|---|---|
| $ | $ | $ | | | $ |
| | | | | | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: 1300 N Wood CASE NO.: 09-17206

FOR MONTH ENDING October, 2010

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes Yes ( ) No ( )
2. FICA withholdings Yes ( ) No ( )
3. Employee's withholdings Yes ( ) No ( )
4. Employer's FICA Yes ( ) No ( )
5. Federal Unemployment Taxes Yes ( ) No ( )
6. State Income Tax Yes ( ) No ( )
7. State Employee withholdings Yes ( ) No ( )
8. All other state taxes Yes ( ) No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.